UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| EDDIE HEHNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:08CV00028 DDN |
| | ) |
| UNKNOWN VAN VOORN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to pay the initial partial filing fee [Doc. #8] is **GRANTED**. Plaintiff shall pay the initial partial filing fee of **$14.80** no later than **August 17, 2008**.

So Ordered this 1st Day of July, 2008.

*/s/ E. Richard Webber*
———————————————
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE